# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139823

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 139823
                                     COA: 292859

VICTOR LAMAR WATERFORD,
      Defendant-Appellant.
                                     Genesee CC: 91-044518-FC

_____/

      On order of the Court, the application for leave to appeal the September 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010 _____    _____

0322                                                                  Clerk